UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. GOVEA, | No. 2:15-cv-2545 DB P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT W. FOX, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff claims defendants failed to provide him with adequate medical treatment in violation of the Eighth Amendment.

By order dated December 3, 2018, the court screened plaintiff's first amended complaint. (ECF No. 15.) The court found plaintiff stated an Eighth Amendment claim against defendants Fox, Clark, Bick, Lewis, and the ten Doe defendant members of the Institutional Utilization Management Committee. The court also found plaintiff failed to state an Eighth Amendment claim against defendant Wolfson and dismissed plaintiff's state law negligence claim for failure to comply with the California Government Claims Act. Plaintiff was given the option to proceed on the complaint as screened or to file an amended complaint. Plaintiff has informed the court that he wishes to file an amended complaint. (ECF No. 16.)

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the court's December 3, 2018 screening order (ECF No. 15), the Federal Rules of Civil Procedure, and the Local Rules of Practice.
2. The amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint."
3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: December 20, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/prisoner-civil rights/gove2545.Amd