| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. GOVEA, | No. 2:15-cv-2545 DB P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT W. FOX, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff claims defendants failed to provide him with adequate medical treatment in violation of the Eighth Amendment.

By order dated May 29, 2019, the court referred this action to its Post-Screening ADR (Alternative Dispute Resolution) Project and stayed this action for 120 days. (ECF No. 26.) The parties were instructed that no pleadings or other documents were to be filed during the stay. (Id.) After imposition of the stay, defendant Fox filed a motion to dismiss. (ECF No. 30.) Because this action is temporarily stayed, the court will deny without prejudice defendant Fox's motion to dismiss. Defendant may refile the motion if this action is not resolved during the settlement conference.

////

////

1

Accordingly, IT IS HEREBY ORDERED that defendant Fox's motion to dismiss (ECF No. 30) is denied without prejudice to its renewal after the stay is lifted.

Dated: July 2, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/prisoner-civil rights/gove2545.mtd.stay