UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. GOVEA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT W. FOX, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-2545 MCE DB P<br><br><br>ORDER |

　　　The parties have filed a joint motion requesting to modify the court's April 9, 2020 Discovery and Scheduling Order (ECF No. 79).  (ECF No. 80.)  They allege that additional time is necessary because of the effects of the COVID-19 pandemic and seek to extend all current deadlines by sixty days.  Good cause appearing the court will grant the motion.

////
////
////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties may conduct discovery until October 6, 2020. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than sixty days prior to that date.
2. All pretrial motions, except motions to compel discovery, shall be filed on or before December 22, 2020. Motions shall be briefed in accordance with paragraph 8 of this court's order filed April 9, 2019.

Dated: June 2, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/gove2545.eot