UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. GOVEA, | No. 2:15-cv-2545 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT W. FOX, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants failed to provide him with adequate medical treatment. Presently before the court is the parties' stipulation to extend the deadline for filing pretrial motions. (ECF No. 87.) Good cause appearing the court will grant the motion.

    Accordingly, IT IS HEREBY ORDERED that the deadline for filing pretrial motions, except motions to compel discovery, shall be filed on or before March 22, 2021.

Dated: January 25, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/gove2545.eot(dispo.mtns)

1