UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. GOVEA, | No. 2:15-cv-2545 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT W. FOX, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants failed to provide him with adequate medical treatment. Presently before the court is defendant's Third Motion to Modify the Discovery and Scheduling Order. (ECF No. 90.)

Defendants state that defense counsel was in the process of finalizing a dispositive motion. (ECF No. 90 at 2.) However, on March 19, 2021 defense counsel received a call notifying her that one of the defendants was "medically-indisposed" and would be unable to review documents relevant to defendants' motion for summary judgement. (Declaration of Joanne Chen (ECF No. 90-1 at 2).) Defendants state that this defendant has been in the hospital since March 17, 2021 and does not currently have a discharge date. (ECF No. 90 at 2.)

Defendants state they cannot meet the current deadline because defendant is unable to review documents for defendants' motion for summary judgment. (Id. at 2.) As such defendants have requested a twenty-one-day extension in which to file a dispositive motion. (Id. at 3.)

Defendants state that defense counsel attempted to determine if it was possible to stipulate to an extension but were unable to contact plaintiff's counsel.

Good Cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order is granted.

2. The dispositive motion deadline is continued through April 12, 2021. All other aspects of the court's April 9, 2020 Discovery and Scheduling Order (ECF No. 79) shall remain in effect.

Dated: March 22, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Orders/Prisoner/Civil.Rights/gove2545.eot(dispo.mtns)2