J.D. Zink, SBN 58726
**Zink & Lenzi**
250 Vallombrosa Avenue, Suite 175
Chico, California  95926
Telephone: (530) 895-1234

Attorneys for Plaintiff


Joanne Chen, SBN 309464
Joseph R. Wheeler, SNB 216721
**Attorney General of California**
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California  94244
Telephone: (916) 210-7557

Attorneys for Defendants

United States District Court

Eastern District of California

| | |
|---|---|
| Ronnie R. Govea, | No. 2:15-cv-02545-MCE-DB (PC) |
| Plaintiff, | |
| vs. | **Stipulation to Continue Hearing on Defendants' Motion for Summary Judgment; Plaintiff's Opposition; and, Defendants' Reply** |
| Robert W. Fox, et al., | |
| Defendants. | |

*Govea v. Fox, et al.,* Case No. 2:15-cv-02545-MCE-DB (PC)
Stipulation to Continue Hearing on Defendants' Motion for Summary Judgment; Plaintiff's Opposition; and Defendants' Reply

-1-

Defendants filed their motion for summary judgment on April 12, 2021, making Plaintiff's opposition due today, May 3, 2021 (L.R. 230(l)).  Given the difficulties with communicating with a prisoner client, especially during the pandemic, Plaintiff's counsel has been unable to finish the opposition.  As such, the parties hereby stipulate to continuing the due date for Plaintiff's Opposition to May 17, 2021; for Defendants' Reply to May 24, 2021; and, the hearing to May 28, 2021.

Respectfully submitted,

Dated: May 3, 2021                ZINK & LENZI


*/s/ J.D. Zink                    /*
J.D. Zink, Esq.
Attorney for Plaintiff


Dated: May 3, 2021                ATTORNEY GENERAL of CALIFORNIA


*/s/ Joanne Chen                    /*
Joanne Chen, Esq.
Attorney for Plaintiff

*Govea v. Fox, et al.,* Case No. 2:15-cv-02545-MCE-DB (PC)
Stipulation to Continue Hearing on Defendants' Motion for Summary Judgment; Plaintiff's Opposition; and Defendants' Reply

## ORDER

Good causing having been shown, the hearing on Defendants' motion for summary judgment shall be continued to May 28, 2021. Plaintiff's opposition is due on or before May 17, 2021 and Defendants' Reply is due on May 24, 2021.

Dated: May 4, 2021

[signature]

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

*Govea v. Fox, et al.,* Case No. 2:15-cv-02545-MCE-DB (PC)
Stipulation to Continue Hearing on Defendants' Motion for Summary Judgment; Plaintiff's Opposition; and Defendants' Reply

-3-