UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. GOVEA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT W. FOX, et al.,<br><br>    Defendants. | No.  2:15-cv-2545 MCE DB P<br><br><br><u>ORDER</u> |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 7, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections thereto were to be filed within twenty-one (21) days.  (ECF No. 101.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 102.)  Defendants have filed a response to these objections.  (ECF No. 103.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 7, 2022 (ECF No. 101) are ADOPTED in full;

2. Defendants' motion for summary judgment (ECF No. 92) is GRANTED;

3. Judgment is entered for defendants Robert W. Fox, F. Rading, Joseph Bick, Jackie Clark, and J. Lewis; and

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: November 16, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE